# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. MOON, | )<br>) |
| Petitioner, | ) Civil Action No. 14-201<br>) |
| v. | ) Judge Cathy Bissoon<br>) Magistrate Judge Susan Paradise Baxter |
| JOHN E. WETZEL, *et. al.*, | )<br>) |
| Respondents. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 20, 2015, the Magistrate Judge issued a Report (Doc. 16) recommending that the petition for a writ of habeas corpus, and the certificate of appealability, be denied. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition of James D. Moon for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated January 20, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


February 9, 2015                                             s\Cathy Bissoon

                    Cathy Bissoon
                    United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

James D. Moon
JE 9987
SCI ALBION
10745 Route 18
Albion, PA 16475